AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LEINENWEBER, HARRY D | 2. Court or Organization<br><br>U.S.D.C. (ILLINOIS NORTHERN) | 3. Date of Report<br><br>4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (Senior) | 5. Report Type (check appropriate type)<br><br>Nomination,    Date<br><br>Initial    •) Annual    Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Suite #1946<br>219 South Dearborn Street<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

| NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Member | Nat'l Conf. of Commissioners on Uniform State Laws |
| 2. Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. Member | Nat'l Advisory Committee University of Illinois Institute Government and Public Affairs |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2004 MAY 24 A 11: 35
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1.   2003 | Illinois General Assembly Retirement | 13,356.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1.   2003 | Drefus Florida Muni Money Market Fund - Director Fees |
| 2.   2003 | Deloitte & Touche - Consulting Fees |
| 3.   2003 | Ryder Systems - Director Fees |
| 4.   2003 | Drefus NJ Muni Bond Fund - Director Fees |
| 5.   2003 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6.   2003 | Dreyfus Global Investing - Director Fees |
| 7.   2003 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8.   2003 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9.   2003 | The Coca-Cola Company - Consulting Fees |
| 10.   2003 | Dreyfus Investor GNMA Fund - Director Fees |
| 11.   2003 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fees |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

⌐ NONE - (No reportable non-investment income.)

| DATE | | SOURCE AND TYPE |
|---|---|---|
| 12. | 2003 | Dreyfus 100% U.S. Treasure Intermediate Term Fund - Director Fees |
| 13. | 2003 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 14. | 2003 | Procter & Gamble - Director Fees |
| 15. | 2003 | SBC Corporation - Director Fees |
| 16. | 2003 | Office of Personnel Management - Congressional Retirement |
| 17. | 2003 | Dreyfus Strategic Growth Fund - Director Fees |
| 18. | 2003 | Constellation Energy Group - Director Fees |
| 19. | 2003 | McDonalds Corporation Advisory Board - Consulting Fees |

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

⌐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Coca-Cola Company, Atlanta, Georgia | 05/03 Travel, Lodging, Meals. Trip with ▮▮▮▮ to London, England. |
| 2. USA-ROC Economic Council, Arlington, Virginia | 12/03 Travel, Lodving, Meals. Trip to Taipei, Taiwan to participate in patent and trademark seminar. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Questar Corp. Common Stock | A | Dividend | K | T | | | | | |
| 2. Ryder Systems, Inc. | C | Dividend | M | T | Grant | 05/03 | J | | *See Notes |
| 3. Ryder Systems, Inc. Stock Options | | None | K | W | Grant | 05/03 | K | | *See Notes |
| 4. Bank One checking account | A | Interest | J | T | | | | | *See Notes |
| 5. Bank One checking account | A | Interest | J | T | | | | | *See Notes |
| 6. Bank One savings account | A | Interest | J | T | | | - - | | *See Notes |
| 7. Bank One checking account | A | Interest | J | T | | | | | *See Notes |
| 8. SBC Corporation Common Stock | E | Dividend | O | T | Grant | 04/03 | J | | *See Notes |
| 9. Procter & Gamble Common Stock | C | Dividend | N | T | Grant | 02/03 | K | | *See Notes |
| 10. Procter & Gamble Common Stock Options | | None | M | W | Option Grant | 02/03 | K | | *See Notes |
| 11. First Union Bank of Palm Beach checking account | A | Interest | J | T | | | | | *See Notes |
| 12. Real Estate, Chicago, IL | E | Rent | | | Sold | 10/03 | O | G | |
| 13. Bank One | A | Dividend | J | T | | | | | |
| 14. Real Estate, Chicago, IL | D | Rent | N | W | | | | | |
| 15. Affiliated Network Services, L.L.C. | | None | K | U | | | | | |
| 16. FMI Cust. 403(b)(7) Acct. Northwestrn Univ.Magellan Fund | B | Dividend | L | T | | | | | |
| 17. FMI Cust. 403(b)(7) Acct. Northwestrn Univ.Overseas Fund | B | Dividend | L | T | | | | | |
| 18. FMI Cust.403(b)(7) Acct. Northwestrn Univ. Puritan Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. J.M. Smuckers | A | Dividend | J | T | | | | | |
| 20. Constellation Energy Group | A | Dividend | J | T | Grant | 11/03 | J | | *See Notes |
| 21. Brokerage Account #1 --Schwab Investment Account | | | | | | | | | |
| 22. Bristol-Myers Common Stock | A | Dividend | K | T | | | | | |
| 23. Zimmer Holdings Common Stock | A | Dividend | J | T | Spin-off | 01/03 | J | | *See Notes |
| 24. Standard & Poors Dep Recptr | B | Dividend | K | T | Sold | 10/03 | M | | |
| 25. Steris | | None | J | T | | | | | |
| 26. Microsoft Corporation | | None | K | T | | | | | |
| 27. Barr Labs | | None | K | T | | | | | |
| 28. NASDAQ 100 Series 1 | | None | K | T | | | | | |
| 29. G Tech Common Stock | | None | K | T | | | | | |
| 30. American Home Mortgage Common Stock | A | Dividend | J | T | | | | | |
| 31. SRI Surgical Common Stock | | None | | | Sold | 12/03 | J | | |
| 32. Woodward Governor Common Stock | A | Dividend | J | T | | | | | |
| 33. TRC Corp. Common Stock | | None | J | T | | | | | |
| 34. Northrup Grumman Corp. | C | Dividend | L | T | Sold | 07/03 | L | A | |
| 35. Schwab Money Market Fund | C | Interest | M | T | | | | | *See Notes |
| 36. First Energy Corp. Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B   $1,001-$2,500   C - $2,501-$5,000   D - $5,001-$15,000   E - $15,001-$50,000
(See Columns B1 and D4)   F - $50,001-$100,000   G - $100,001-$1,000,000   H1 - $1,000,001-$5,000,000   H2 - More than $5,000,000

2. Value Codes: J - $15,000 or less   K - $15,001-$50,000   L - $50,001-$100,000   M - $100,001-$250,000
(See Columns C1 and D3)   N - $250,000-$500,000   O - $500,001-$1,000,000   P1 - $1,000,001-$5,000,000   P2 - $5,000,001-$25,000,000
P3 - $25,000,001-$50,000,000   P4 - $More than $50,000,000

3. Value Method Codes: Q - Appraisal   R - Cost (Real Estate Only)   S - Assessment   T - Cash/Market
(See Column C2)   U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Cognizant Tech | A | Dividend | J | T | Buy | 09/03 | J | | |
| 38. E-Bay | | None | J | T | Buy | 05/03 | J | | |
| 39. Brokerage Account #2 -- Ameritrade Investment Account | | | | | | | | | |
| 40. Shufflemaster Common Stock | | None | K | T | | | | | |
| 41. Neogen Common Stock | | None | J | T | | | | | |
| 42. Nautilus Group | | None | | | Sold | 07/03 | J | | |
| 43. Cholestech | | None | J | T | | | | | |
| 44. Tuesday Morning | | None | J | T | | | | | |
| 45. Hitech Pharmaceuticals | | None | J | S | Buy | 05/03 | J | | |
| 46. Accred. Home Lenders | | None | J | T | Buy | 05/03 | J | | |
| 47. Accred. Home Lenders | | None | J | T | Buy | 06/03 | J | | |
| 48. Coventry Health Care | A | Dividend | J | T | Buy | 06/03 | J | | |
| 49. Comtech Telecommunications | | None | J | T | Buy | 07/03 | J | | |
| 50. Comtech Telecommunications | | None | J | T | Buy | 08/03 | J | | |
| 51. Sierra Health Service | | None | J | T | Buy | 07/03 | J | | |
| 52. Gasco Energy | | None | J | T | Buy | 12/03 | J | | |
| 53. Optimal Robotics | | None | | | Buy | 07/01 | J | | *See Notes |
| 54. Optimal Robotics | | None | | | Sold | 07/03 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 $1,000,001-$5,000,000 | P2 $5,000,001-$25,000,000 | |
| | P3 $25,000,001-$50,000,000 | | P4 $More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash/Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Brokerage Account #3 -- Schwab Defined Benefit Plan | | | | | | | | | |
| 56. Dreyfus Premier Ltd. TM Income Fund, Class C | A | Dividend | J | T | | | | | |
| 57. Dreyfus Fund Class A Premier International Value Fund | | None | | | Buy | 04/03 | J | | |
| 58. Dreyfus Fund Class A Premier International Value Fund | B | Dividend | | | Sold | 12/03 | K | D | |
| 59. Dreyfus Premier China Fund | A | Dividend | K | T | Buy | 12/03 | K | | |
| 60. USJWFL INDX 3.375%, 01/12 | C | Interest | M | T | | | | | |
| 61. Artisan International Fund | E | Dividend | N | T | Buy | 08/03 | L | | |
| 62. Artisan International Fund | B | Dividend | L | T | Buy | 08/03 | L | | |
| 63. Vanguard Inter-Term Corporate Fund | C | Dividend | M | T | Buy | 10/03 | J | | |
| 64. Vanguard Short-Term Corporate Fund | C | Interest | M | T | Buy | 10/03 | K | | |
| 65. Vanguard Fund Inc. High-Yield Corporate Shares | B | Dividend | K | T | Buy | 04/03 | K | | |
| 66. Manager Special Equity Fund | C | Dividend | L | T | Buy | 08/03 | K | | |
| 67. Third Avenue Value Fund | C | Dividend | M | T | | | | | |
| 68. Third Avenue Small Cap Value Fund | B | Dividend | L | T | Buy | 08/03 | K | | |
| 69. Pimco High Yield Fund | A | Interest | L | T | Buy | 08/03 | K | | |
| 70. Pimco High Yield Fund | A | Interest | L | T | Buy | 10/03 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

2. ▮▮▮▮received in lieu of partial Director Compensation a grant of stock-based units. (Redeemable at a later date as shares of stock on a one-for-one basis.)

3. -In May 2003 ▮▮▮▮received an option to purchase shares at market price as partial Director compensation.

4. This Bank One account is a personal checking account. Deposits and withdrawals are made throughout the year.

5. This Bank One accountg is a personal checking account. Deposits and withdrawals are made throughout the year.

6. This Bank One account is a personal savings account. Deposits and withdrawals are made throughout the year.

7. This Bank One checking account receives deposits and withdrawals regarding rental property.

8. ▮▮▮▮received a grant of shares as partial Director compensation.

9 ▮▮▮▮received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

10. ▮▮▮▮receives an annual option to purchase Proctor & Gamble shares as partial compensation as a non-employee member of the Board of Directors.

11. First Union Bank of Palm Beach is a personal checking account. Deposits and withdrawals are made throughout the year.

20. ▮▮▮▮received a grant of stock as partial compensation as a non-employee member of the Board of Directors.

22. Zimmer Holdings stock received as a result of the spin-off of Bristol-Myers.

35. Schwab Fund is a money market fund where investment income is placed from time to time.

53. Optimal Robotics information was inadvertently omitted from previous reports for 2001 and 2002.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>LEINENWEBER, HARRY D | Date of Report<br><br>4/30/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

Date *April 30, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544